Larry Leroy RUDOLPH, Appellant,

v.

Kathleen M. HAWK–SAWYER, Director, Federal Bureau of Prisons and John D. Ashcroft, Attorney General of the United States, Appellees.

No. 00–5370.

United States Court of Appeals, District of Columbia Circuit.

Aug. 2, 2001.

Before HARRY T. EDWARDS, KAREN LECRAFT HENDERSON, and ROGERS, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. The court has determined that the issues presented occasion no need for an opinion. *See* Fed. R.App. P. 36; D.C.Cir. Rule 36(b). It is

ORDERED AND ADJUDGED that the district court's order filed August 8, 2000, be affirmed substantially for the reasons stated therein.

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.